UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>L. WANG FAMILY PARTNERS, LP, et al.,<br><br>    Defendants. | Case No.19-cv-00207-VKD<br><br>**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED** |

Plaintiff Scott Johnson filed the present action on January 1, 2019. Dkt. No. 1. Pursuant to the Court's June 4, 2019 order, Mr. Johnson's last day to file a notice of need for mediation was July 5, 2019. Dkt. No. 25. Mr. Johnson did not file a notice of need for mediation, nor did he seek relief from the July 5 deadline.

The Court possesses the inherent power to dismiss an action sua sponte "to achieve the orderly and expeditious disposition of cases." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629–33 (1962). Mr. Johnson is directed to file a written response to this order by **July 16, 2019** and to appear before the Court on **July 23, 2019 at 10:00 a.m.** in Courtroom 2, Fifth Floor, 280 South First Street, San Jose, California 95113 and show cause why this action should not be dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: July 9, 2019

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge