UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>L. WANG FAMILY PARTNERS, LP, et al.,<br><br>    Defendants. | Case No.19-cv-00207-VKD<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE; SETTING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 28 |

Plaintiff Scott Johnson's notice of need for mediation was due by July 5, 2019. Dkt. No. 25. Mr. Johnson failed to file the notice of need for mediation by July 5, and he did not request relief from that deadline. The Court issued an order to show cause why the case should not be dismissed. Dkt. No. 28.

On July 16, 2019, counsel for Mr. Johnson filed a show cause response asserting that she had inadvertently calendared the deadline for the wrong date. Dkt. No. 31 ¶ 7. This has become a not uncommon phenomenon in Mr. Johnson's cases. He misses a deadline, the Court issues an order to show cause, and his counsel claims an inadvertent calendaring error or some other excuse and apologizes to the Court for the inconvenience. *See, e.g.*, *Johnson v. Baird Lands, Inc.*, No. 5:18-cv-05365-VKD, Dkt. No. 19 at 2 (N.D. Cal. Feb. 7, 2019) ("Unfortunately, the Parties also both incorrectly calendared the Court's deadlines. . . . Counsel for Plaintiff and Defendants both apologize, on behalf of themselves and their respective clients, for any inconvenience this has caused."); *Johnson v. Penta Enters., LLC*, No. 5:18-cv-06483-VKD, Dkt. No. 20 ¶¶ 5, 8 (N.D. Cal. Apr. 16, 2019) ("[D]ue to an unfortunate clerical error, Plaintiff's counsel [incorrectly] calendared the date to file the Notice of Need for Mediation . . . . I am sincerely sorry for the inconvenience counsel has caused the Court. I understand the necessity to adhere to deadlines and

1  Orders. This incident was a regrettable oversight and I apologize for it and its effects on the Court
2  and this case."); *Johnson v. Harvest Inv. Mgmt., LLC*, No. 5:18-cv-01627-VKD, Dkt. No. 22 ¶¶ 6,
3  19 (N.D. Cal. Mar. 22, 2019) ("Plaintiff's counsel's office experienced a severe malware attack.
4  . . . Plaintiff's counsel apologizes to the Court and to Plaintiff Scott Johnson."); *Johnson v. 162*
5  *Los-Gatos-Saratoga Road, LLC*, No. 5:18-cv-04429-VKD, Dkt. No. 22 ¶¶ 5, 16 (N.D. Cal. Mar.
6  22, 2019) (same). The Court is skeptical that the problem is inadvertent error.

Nevertheless, the Court discharges the order to show cause. The show cause hearing scheduled for July 23, 2019 is hereby VACATED.

The parties are advised that no extensions of the October 15, 2019 mediation deadline will be granted. If the parties do not fully resolve their dispute at mediation and dismiss the action, they shall appear for an initial case management conference on **October 29, 2019 at 1:30 p.m.** in Courtroom 2, Fifth Floor, 280 South First Street, San Jose, California 95113.

**IT IS SO ORDERED.**

Dated: July 18, 2019

*[signature]*
VIRGINIA K. DEMARCHI
United States Magistrate Judge

2