UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>L. WANG FAMILY PARTNERS, LP, et al.,<br><br>    Defendants. | Case No. 19-cv-00207-VKD<br><br>**ORDER TO SHOW CAUSE RE SANCTIONS AGAINST DEFENDANTS L. WANG FAMILY PARTNERS, LP AND PETER WANG** |

On July 18, 2019, the Court ordered the parties to appear for a case management conference on October 29, 2019 at 1:30 p.m. Dkt. No. 32. The Court held the October 29, 2019 status conference as scheduled, but defendants L. Wang Family Partners, LP and Peter Wang (collectively, "the Wang defendants") did not appear. Dkt. No. 37. The Court notes that the Wang defendants also failed to appear for the ADR phone conference held on September 23, 2019. Dkt. No. 35.

Accordingly, the Wang defendants' counsel of record, Judy Tsai, is ORDERED TO SHOW CAUSE why the Court should not impose monetary or other sanctions against her and/or her clients for her failure to appear on the Wang defendants' behalf at the case management conference held October 29, 2019. A written response to this Order must be filed by **November 1, 2019**. The Court will hold a hearing on this Order to Show Cause on **November 5, 2018 at 10:00 a.m.** in Courtroom 2, Fifth Floor, 280 South First Street, San Jose, California 95113. Both the Wang defendants and Ms. Tsai must attend this hearing in person.

///

///

**IT IS SO ORDERED.**

Dated: October 29, 2019

VIRGINIA K. DEMARCHI
United States Magistrate Judge