UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>L. WANG FAMILY PARTNERS, LP, et al.,<br><br>    Defendants. | Case No. 19-cv-00207-VKD<br><br>**ORDER DENYING WITHOUT PREJUDICE REQUEST FOR CONSENT DECREE**<br><br>Re: Dkt. No. 51 |

On November 13, 2019, the parties filed a proposed consent decree resolving plaintiff Scott Johnson's claims with respect to injunctive relief. Dkt. No. 51. The Court has reviewed the proposed consent decree and its attached documents. Paragraph 8 of the proposed consent decree states that "Defendants *agree to maintain* all of the remedial work set forth [in the attached Exhibit A] in its current condition." *Id.* at 3 (emphasis added). Paragraph 12 then contemplates the Court retaining jurisdiction to enforce the terms of the consent decree "for twenty-four (24) months after the date of this Consent Decree, or until the relief contemplated by this Order is completed, *whichever occurs later*." *Id.* at 4 (emphasis added). Read in conjunction, paragraphs 8 and 12 provide for the Court's retention of jurisdiction indefinitely.

The Court declines to retain jurisdiction in perpetuity to enforce a consent decree. *Arata v. Nu Skin Int'l, Inc.*, 96 F.3d 1265, 1268–69 (9th Cir. 1995) (observing that a court's exercise of continuing jurisdiction to enforce a settlement agreement is entirely discretionary); *Collins v. Thompson*, 8 F.3d 657, 659 (9th Cir. 1993) ("A federal court may refuse to exercise continuing jurisdiction even though the parties have agreed to it."). For this reason, the Court denies without prejudice the parties' request for an order entering the proposed consent decree. The parties may resubmit a revised consent decree with a definite temporal limitation on the Court's continuing

jurisdiction (for example, "not to exceed 24 months") for the Court's consideration.

**IT IS SO ORDERED.**

Dated: November 14, 2019

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge